UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOECKEN, JR., | 1:05-cv-0090 OWW CCC |
| Plaintiff, | ORDER AFTER SCHEDULING CONFERENCE |
| v. | |
| GALLO GLASS COMPANY, | |
| Defendant. | |

I.   Date of Scheduling Conference.

July 8, 2005.

II.  Appearances Of Counsel.

Mina L. Ramirez, Esq., appeared on behalf of Plaintiff.

McCormick, Barstow, Sheppard, Wayte & Carruth by Michael G. Woods, Esq., appeared on behalf of Defendant.

III. Status of Counsel for Plaintiff.

1.   Plaintiff's counsel advised that she has been seeking to locate counsel to assist with the prosecution of this action. She states that she has located counsel in San Francisco and Fresno.

2.   The Court directs that an association or substitution of counsel be filed with this court on or before July 15, 2005.

1

     3.   Conditioned upon the entry of counsel into the case on or before July 15, 2005, this scheduling conference is continued to August 26, 2005, at 8:45 a.m.

     4.   In the event counsel does not appear of record by July 15, 2005, a status conference will be held August 10, 2005, at 8:45 a.m. to determine what the status of representation and progress of this action shall be.

SO ORDERED.

DATED:   July 8, 2005.

/S/ OLIVER W. WANGER
_____
        Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

boecken v. gallo sch con