| | |
|---|---|
| Michael G. Woods #058683-0<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P O Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501<br>Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300 | Mina L. Ramirez (SBN 118302)<br>Law Office of Mina L. Ramirez<br>1012 Eleventh St., Suite 200<br>Modesto, CA 95354<br>Tel: (209) 491-0590<br>Fax: (209) 575-9497 |
| Bingham McCutchen LLP<br>JENNIFER G. REDMOND (SBN 144790)<br>BRYAN E. DALEY (SBN 227517)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 | Lawrence D. Murray (SBN 77536)<br>Noah W. Kanter (SBN 224580)<br>Murray & Associates<br>1781 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 673-0555<br>Fax: (415) 928-4084 |
| Attorneys for Defendant<br>GALLO GLASS COMPANY | Attorneys for Plaintiff<br>LARRY K. BOECKEN, JR. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOECKEN, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GALLO GLASS COMPANY, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendant. | No. 1:05-CV-90 OWW DLB<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION; STIPULATION REGARDING THE PARTIES' BRIEFING SCHEDULE |

SF/21693802.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS MOTIONS FOR
SUMMARY JUDGMENT; STIPULATION REGARDING THE PARTIES' BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH |
| 2 | THEIR COUNSEL, AS FOLLOWS: |

1. On October 11, 2006, the Court issued its Order continuing the hearing on the parties' cross motions for summary judgment/adjudication to December 4, 2006 at 10:00 a.m.
2. That Order also requested that the parties reach a stipulation as to the consolidation of each party's opposition and reply.
3. On November 1, 2006, the parties filed a Stipulation and Proposed Order requesting that the Court continue the hearing date to January 8, 2007, due to a scheduling conflict on the part of Defendant Gallo Glass Company.  The Court has not yet approved that Proposed Order, and the parties no longer request that the Court do so.
4. During the parties' attempts to reach a stipulation as to the consolidation of their oppositions and replies, they were unable to find a mutually acceptable briefing schedule that would permit them to file their consolidated papers fourteen days prior to the newly requested January 8, 2007 hearing date.
5. In light of this issue, the parties agree to, and seek the Court's approval of, a continuance of the hearing on the parties' cross motions for summary judgment/adjudication to Monday, February 12, 2007 at 10:00 a.m.
6. The parties further agree to a briefing schedule and procedure as follows:

   (a) on January 11, 2007, the parties will exchange (via facsimile, email or other means ensuring same-day delivery) their respective opposition papers, including a Memorandum of Points of Authorities ("MPA") not to exceed 22 pages;

   (b) neither side will be permitted to alter its opposition papers once they have been exchanged, with the exception that both sides are permitted to add 3 pages to their MPAs in reply to one another's opposition; and

   (c) the parties intend to prepare reply papers in response to one another's opposition papers following the exchange, and the parties agree that the filing deadline for opposition and reply papers is January 22, 2007.

///

SF/21693802.1

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS MOTIONS FOR
SUMMARY JUDGMENT; STIPULATION REGARDING THE PARTIES' BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

1  **SO STIPULATED**.

2

3  DATED: November 21, 2006             BINGHAM McCUTCHEN LLP

4

5                                       By: /s/  Bryan E. Daley
                                              Bryan E. Daley
6                                           Attorneys for Defendant
                                             Gallo Glass Company
7

8  DATED:  November ___, 2006           MURRAY & ASSOCIATES

9

10                                      By: /s/  Noah W. Kanter
                                              Noah W. Kanter
11                                         Attorneys for Plaintiff
                                            Larry Boecken, Jr.
12

13               <u>**ORDER CONTINUING HEARING**</u>

14     The Court **HEREBY ORDERS THAT** the hearing on the parties' cross motions

15  for summary judgment/adjudication is continued to February 12, 2007 at 10:00 a.m.

16

17

18  DATED:  _November 22_____, 2006    __/s/ OLIVER W. WANGER_____
                                             Hon. Oliver W. Wanger
19                                           Judge of the U.S. District Court
                                             Eastern District of California

20

21

22

23

24

25

26

27

28

SF/21693802.1

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS MOTIONS FOR
SUMMARY JUDGMENT; STIPULATION REGARDING THE PARTIES' BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com