| | |
|---|---|
| Michael G. Woods #058683-0<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P O Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501<br>Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300 | Mina L. Ramirez (SBN 118302)<br>Law Office of Mina L. Ramirez<br>1012 Eleventh St., Suite 200<br>Modesto, CA 95354<br>Tel: (209) 491-0590<br>Fax: (209) 575-9497 |
| Sheppard, Mullin, Richter & Hampton LLP<br>JENNIFER G. REDMOND (SBN 144790)<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 | Lawrence D. Murray (SBN 77536)<br>Noah W. Kanter (SBN 224580)<br>Murray & Associates<br>1781 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 673-0555<br>Fax: (415) 928-4084 |
| Attorneys for Defendant<br>GALLO GLASS COMPANY | Attorneys for Plaintiff<br>LARRY K. BOECKEN, JR. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOECKEN, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>GALLO GLASS COMPANY, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendant. | Case No. 1:05-CV-90 OWW DLB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT/ ADJUDICATION** |

W02-WEST:5JGR1\400228269.1    STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION

PDF created with pdfFactory trial version www.pdffactory.com

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL, AS FOLLOWS:

1. On January 24, 2007, the Court issued its Order continuing the hearing on the parties' cross motions for summary judgment/adjudication to March 26, 2007 at 10:00 a.m.

2. The Order requested that if the parties were unavailable on March 26, 2007, that they reach a stipulation continuing the hearing to a date no earlier than April 9, 2007.

3. Due to scheduling conflicts, the parties' are unable to attend the hearing on March 26, 2007 and their next available date for the hearing is Monday, May 21, 2007.

4. Accordingly, the parties agree to, and seek the Court's approval of, a continuance of the hearing on the parties' cross motions for summary judgment/adjudication to Monday, May 21, 2007 at 10:00 a.m.

**SO STIPULATED.**

DATED: March 7, 2007

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By: /s/ Jennifer G. Redmond
             Jennifer G. Redmond
             Attorneys for Defendant
             Gallo Glass Company

DATED: March 8, 2007

        MURRAY & ASSOCIATES

        By: /s/
             Noah W. Kanter
             Attorneys for Plaintiff
             Larry Boecken, Jr.

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER CONTINUING HEARING

The Court HEREBY ORDERS THAT the hearing on the parties' cross motions for summary judgment/adjudication is continued to May 21, 2007 at 10:00 a.m.

DATED: March 9, 2007

/s/ Oliver W. Wanger
Hon. Oliver W. Wanger
Judge of the U.S. District Court
Eastern District of California

-2-

PDF created with pdfFactory trial version www.pdffactory.com