SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947
jredmond@sheppardmullin.com

MICHAEL G. WOODS, Cal. Bar No. 58683
DEBORAH A. BYRON, Cal. Bar No. 105327
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
Fresno, CA 93720
Telephone:  559-433-1300
Facsimile:  559-433-2300
mike.woods@mccormickbarstow.com

Attorneys for Defendant
GALLO GLASS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOECKEN, JR.,<br><br>                    Plaintiff,<br><br>          v.<br><br>GALLO GLASS COMPANY, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>                    Defendant. | Case No. 1:05-CV-90 OWW DLB<br><br>JUDGMENT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Gallo Glass Company's ("Gallo Glass") Motion for Summary Judgment and Plaintiff Larry Boecken's ("Boecken") Motion for Summary Judgment, and alternative Motion for Summary Adjudication, came regularly on for hearing on September 10, 2007 at 10:00 a.m. in Courtroom 3 of the United States District Court, the Honorable Oliver W. Wanger presiding.  Mina Lee Ramirez of

PDF created with pdfFactory trial version www.pdffactory.com

the Law Office of Mina L. Ramirez appeared on behalf of Boecken.  Michael G. Woods of McCormick Barstow Sheppard Wayte & Carruth LLP and Jennifer G. Redmond of Sheppard Mullin Richter & Hampton, LLP, appeared on behalf of Gallo Glass.

The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered by an Order dated September 30, 2008, the Court hereby enters judgment accordingly.

Now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment shall be entered in favor of Gallo Glass and against Boecken on all of Boecken's claims in accordance with this Court's September 30, 2008 Order: (1) Granting Gallo Glass's' Motion for Summary Judgment; (2) Denying Boecken' Motion for Summary Judgment; and (3) Denying Boecken's Motion For Summary Adjudication.

2. Boecken shall take nothing by his claims asserted against Gallo Glass.

3. Gallo Glass shall recover its costs.

**IT IS SO ORDERED**.

Dated: October 7, 2008              /s/ OLIVER W. WANGER
                                    HON. OLIVER W. WANGER
                                    UNITED STATES DISTRICT COURT
                                    EASTERN DISTRICT OF CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com