1  NANCY L. ABELL (SB# 088785)
2  nancyabell@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  515 South Flower Street, Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
4  Telephone:  (213) 683-6000
   Facsimile:   (213) 627-0705
5

6  Attorneys for Defendant
   GALLO GLASS COMPANY
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | LARRY BOECKEN, JR.,            | CASE NO. 1:05-CV-00090 OWW DLB
12 |         Plaintiff,             | **STIPULATION AND ORDER GRANTING DEFENDANT GALLO GLASS COMPANY LEAVE TO FILE FIRST AMENDED ANSWER**
13 |    v.                          |
14 | GALLO GLASS COMPANY, and       |
15 | DOES 1 THROUGH 50, INCLUSIVE,  | Judge:    Hon. Oliver W. Wanger
16 |                                |
17 |         Defendant.             |

# BACKGROUND

1. This action was filed in 2004.

2. On May 5, 2011, Nancy L. Abell of Paul, Hastings, Janofsky & Walker LLP entered an appearance of counsel on behalf of Defendant Gallo Glass Company. At the time she was retained by Gallo Glass Company, Ms. Abell discovered that Plaintiff Larry Boecken, Jr. ("Plaintiff") had filed on August 21, 2008 a Voluntary Petition for bankruptcy under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California, Case No. 08-15050-B-7. On or about December 30, 2008, the United States Bankruptcy Court granted Plaintiff a discharge under section 727 of title 11, United States Code. Ms. Abell apprised Plaintiff's counsel of these facts on May 5, 2011.

3. Defendant submits that (i) Plaintiff's claims are the property of the bankruptcy estate; (ii) Plaintiff has no standing to pursue them in this Court for any purpose, including settlement; and (iii) Plaintiff is judicially estopped from litigating this lawsuit.

4. Therefore, Defendant requests leave to file its DEFENDANT GALLO GLASS COMPANY'S FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL, attached hereto as Exhibit A, to assert two new affirmative defenses on the basis of this newly-discovered evidence: The Twelfth Affirmative Defense (paragraph 42, page 7, lines 14-26) (lack of standing) and the Thirteenth Affirmative Defense (paragraph 43, page 8, lines 1-15) (judicial estoppel).

5. Plaintiff's counsel advises the Court that it was unaware of Plaintiff's bankruptcy proceeding until Ms. Abell brought it to counsel's attention.

//

**STIPULATION**

Therefore, the parties stipulate that Defendant Gallo Glass Company be granted leave to file DEFENDANT GALLO GLASS COMPANY'S FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL, attached hereto as Exhibit A.

Dated: May 20, 2011          LAW OFFICES OF MINA L. RAMIREZ

                             By:      /s/ Noah W. Kanter
                                 Noah W. Kanter
                                 Counsel for Plaintiff
                                 Larry Boecken, Jr.

Dated: May 20, 2011          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                             By:      /s/ Nancy L. Abell
                                 Nancy L. Abell
                                 Counsel for Defendant
                                 Gallo Glass Company

**ORDER**

IT IS SO ORDERED.

Dated: **June 1, 2011**                **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE