1  NANCY L. ABELL (SB# 088785)
2  nancyabell@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  515 South Flower Street, Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
4  Telephone:   (213) 683-6000
   Facsimile:   (213) 627-0705
5

6  Attorneys for Defendant
   GALLO GLASS COMPANY
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | LARRY BOECKEN, JR.,               | CASE NO. 1:05-CV-00090 OWW DLB
12 |          Plaintiff,                | **STIPULATION AND ORDER TO VACATE JUNE 15, 2011 SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE BECK AND TO REQUIRE THE PARTIES TO INFORM THE COURT WHEN THE BANKRUPTCY TRUSTEE HAS ACTED ON THE REOPENING OF PLAINTIFF BOECKEN'S CHAPTER 7 BANKRUPTCY**
13 |     v.                             |
14 | GALLO GLASS COMPANY, and DOES 1 THROUGH 50, INCLUSIVE, |
15 |                                    |
16 |          Defendant.                |
17 |                                    |
18 |                                    | Judge:    Hon. Oliver W. Wanger

Case No. 1:05-cv-00090 OWW DLB

STIPULATION AND [PROPOSED] ORDER TO VACATE JUNE 15, 2011 SETTLEMENT CONFERENCE, ETC.

## BACKGROUND

1. This action was filed in 2004.

2. On August 21, 2008, Plaintiff Larry Boecken, Jr., filed a Voluntary Petition for bankruptcy under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California, Case No. 08-15050-B-7. He did not list this lawsuit as an asset on the schedules he filed with the Bankruptcy Court. On or about December 30, 2008, the United States Bankruptcy Court granted Plaintiff a discharge under section 727 of title 11, United States Code. On May 5, 2011, new counsel for Defendant Gallo Glass Company, Nancy L. Abell, apprised Plaintiff's counsel of these facts, promptly following her discovery of them at the time she was retained as counsel. Plaintiff's counsel advises the Court that it was unaware of Plaintiff's bankruptcy proceeding until Ms. Abell brought it to counsel's attention.

3. Defendant submits that (i) Plaintiff's claims are the property of the bankruptcy estate; (ii) Plaintiff has no standing to pursue them in this Court for any purpose, including settlement at the scheduled June 15, 2011 settlement conference; and (iii) Plaintiff is judicially estopped from litigating this lawsuit.

4. On May 25, 2011, Plaintiff filed an application to reopen his Chapter 7 bankruptcy case, along with amended schedules listing this lawsuit as an asset omitted from his original filing.

5. On May 27, 2011, the United States Bankruptcy Court for the Eastern District of California reopened Plaintiff's Chapter 7 bankruptcy case, No. 08-15050-B-7, and ordered that the amended schedules be served on the U.S. Trustee within 30 days along with a declaration from Plaintiff Boecken explaining why the asset was omitted from the original schedules. That declaration has not yet been filed. The order further provides that the U.S. Trustee thereafter may have 30 days to appoint a Chapter 7 trustee if necessary to investigate and administer the omitted asset, namely this lawsuit.

**STIPULATION**

Therefore, the parties jointly request that this Court (i) vacate the June 15, 2011 settlement conference because no Chapter 7 trustee has yet been appointed, and (ii) order the parties to promptly inform the Court when the U.S. Trustee has acted on the reopening of Plaintiff Boecken's Chapter 7 bankruptcy so that the appropriate participants can be served with notice of, and required to participate in, a settlement conference in this case.

Dated:  June 13, 2011    LAW OFFICES OF MINA L. RAMIREZ

By:   /s/  Noah W. Kanter
      Noah W. Kanter
      Counsel for Plaintiff
      Larry Boecken, Jr.

Dated:  June 13, 2011    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:   /s/  Nancy L. Abell
      Nancy L. Abell
      Counsel for Defendant
      Gallo Glass Company

**ORDER**

IT IS SO ORDERED.

Dated:  June 14, 2011            /s/ Dennis L. Beck
                          United States Magistrate Judge

-2-    STIPULATION AND ORDER TO VACATE JUNE 15, 2011 SETTLEMENT CONFERENCE, ETC.