IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOECKEN, JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GALLO GLASS COMPANY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　/ | CASE NO. CV F 05-0090 LJO BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER |

　　　This Court's January 31, 2012 order required the parties, no later than February 17, 2012, to file a status report. The parties have failed disobeyed the January 31, 2012 order. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

　　　Accordingly, this Court ORDERS the parties, no later than February 27, 2012, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to comply with the January 31, 2012 order. This order to show cause will be discharged if, no later than February 27, 2012, the parties file a status report or papers to dismiss this action in its entirety.

　　　IT IS SO ORDERED.

**Dated:　February 21, 2012**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1