JAMES E. SALVEN
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
Telephone:    (559) 230-1095

Chapter 7 Trustee
 For the Bankruptcy Estate of
 LARRY BOECKEN, Debtor
 And Plaintiff

NANCY L. ABELL (SB# 088785)
nancyabell@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:    (213) 683-6000
Facsimile:    (213) 627-0705

Attorneys for Defendant
GALLO GLASS COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOECKEN, JR.,<br><br>              Plaintiff,<br><br>       v.<br><br>GALLO GLASS COMPANY, and<br>DOES 1 THROUGH 50,<br>INCLUSIVE,<br><br>              Defendant. | CASE NO. 1:05-CV-00090 LJO BAM<br><br>**STIPULATION AND ORDER TO DISMISS<br>ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:        Hon. Lawrence J. O'Neill |

1    WHEREAS, this lawsuit was filed in November 2004.  On August 21, 2008,

2   Plaintiff filed a Voluntary Petition for bankruptcy under Chapter 7 of the Bankruptcy Code in the

3   United States Bankruptcy Court for the Eastern District of California, Case No. 08-15050-B-7.

4   This lawsuit and the claims therein were not listed in Plaintiff's sworn Statement of Financial

5   Affairs, filed with the Bankruptcy Court or any other filing with the Bankruptcy Court while his

6   Petition was pending;

7    WHEREAS, on or about December 30, 2008, the United States Bankruptcy Court

8   granted Plaintiff a discharge under section 727 of title 11, United States Code;

9    WHEREAS, Defendant discovered Plaintiff's Voluntary Petition for bankruptcy

10   when it retained new counsel in this case in May 2011 and brought this Petition to the attention of

11   counsel for Plaintiff and this Court;

12    WHEREAS, on May 27, 2011, the United States Bankruptcy Court for the Eastern

13   District of California reopened Plaintiff Larry Boecken, Jr.'s Chapter 7 bankruptcy, No. 08-

14   15050-B-7, and ordered that amended schedules be served on the U.S. Trustee within 30 days

15   along with a declaration from Plaintiff explaining why the asset was omitted from his original

16   schedules.  The order further provided that the U.S. Trustee thereafter may have 30 days to

17   appoint a Chapter 7 trustee if necessary to investigate and administer the omitted asset.

18    WHEREAS, on June 28, 2011, the U.S. Trustee appointed James Salven as the

19   Chapter 7 Trustee for the Bankruptcy Estate of Larry Boecken, Debtor;

20    WHEREAS, on May 29, 2012, the Honorable Richard Lee, United States

21   Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of California, entered

22   the ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN BANKRUPTCY

23   ESTATE OF DEBTOR AND GALLO GLASS COMPANY in Case No. 08-15050-B-7, a copy

24   of which is attached as Exhibit 1.

25    NOW, THEREFORE, James E. Salven, Chapter 7 Trustee for the Bankruptcy

26   Estate of Larry Boecken, Debtor, and Defendant Gallo Glass Company hereby stipulate that this

27   action be dismissed in its entirety with prejudice, with each party to bear its own costs and

28   attorneys' fees.

1    Dated:  May 30, 2012                    JAMES E. SALVEN

2

3                                     By:

4                                         James E. Salven
                                          Chapter 7 Trustee
5                                         For the Bankruptcy Estate of
                                          LARRY BOECKEN, Debtor
6                                         And Plaintiff

7    Dated:  May 30, 2012                    PAUL HASTINGS LLP

8

9                                     By: /s/ Nancy L. Abell

10                                        Nancy L. Abell
                                          Counsel for Defendant
11                                        Gallo Glass Company

12

13

14                                   **<u>ORDER</u>**

15

16           IT IS HEREBY ORDERED, ADJUDGED AND DEGREED THAT, in

17   accordance with the May 29, 2012 ORDER APPROVING COMPROMISE OF

     CONTROVERSY BETWEEN BANKRUPTCY ESTATE OF DEBTOR AND GALLO GLASS
18
     COMPANY, entered by the United States Bankruptcy Court for the Eastern District of California,
19
     in Case No. 08-15050-B-7, the Bankruptcy Estate of Larry Boecken, Debtor, and the stipulation
20
     of the real parties in interest, this action is hereby dismissed in its entirety with prejudice.  Each
21
     party shall bear its own attorneys' fees and costs.  This Court VACATES all pending dates and
22
     matters, including the June 21, 2012 hearing on the motion for leave to file summary judgment.
23
     This Court directs the clerk to close this action.
24

25

26

27

28

     Case No. 1:05-cv-00090 LJO BAM        -2-

1   IT IS SO ORDERED.

2      Dated:   **May 31, 2012**                    ___**/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28