JAMES E. SALVEN
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
Telephone:   (559) 230-1095

Chapter 7 Trustee
  For the Bankruptcy Estate of
  LARRY BOECKEN, Debtor
  And Plaintiff

NANCY L. ABELL (SB# 088785)
nancyabell@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:   (213) 683-6000
Facsimile:   (213) 627-0705

Attorneys for Defendant
GALLO GLASS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BOECKEN, JR.,<br><br>          Plaintiff,<br><br>    v.<br><br>GALLO GLASS COMPANY, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>          Defendant. | CASE NO. 1:05-CV-00090 LJO BAM<br><br>**STIPULATION AND  ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:      Hon. Lawrence J. O'Neill |

WHEREAS, this lawsuit was filed in November 2004.  On August 21, 2008, Plaintiff filed a Voluntary Petition for bankruptcy under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California, Case No. 08-15050-B-7.  This lawsuit and the claims therein were not listed in Plaintiff's sworn Statement of Financial Affairs, filed with the Bankruptcy Court or any other filing with the Bankruptcy Court while his Petition was pending;

WHEREAS, on or about December 30, 2008, the United States Bankruptcy Court granted Plaintiff a discharge under section 727 of title 11, United States Code;

WHEREAS, Defendant discovered Plaintiff's Voluntary Petition for bankruptcy when it retained new counsel in this case in May 2011 and brought this Petition to the attention of counsel for Plaintiff and this Court;

WHEREAS, on May 27, 2011, the United States Bankruptcy Court for the Eastern District of California reopened Plaintiff Larry Boecken, Jr.'s Chapter 7 bankruptcy, No. 08-15050-B-7, and ordered that amended schedules be served on the U.S. Trustee within 30 days along with a declaration from Plaintiff explaining why the asset was omitted from his original schedules.  The order further provided that the U.S. Trustee thereafter may have 30 days to appoint a Chapter 7 trustee if necessary to investigate and administer the omitted asset.

WHEREAS, on June 28, 2011, the U.S. Trustee appointed James Salven as the Chapter 7 Trustee for the Bankruptcy Estate of Larry Boecken, Debtor;

WHEREAS, on May 29, 2012, the Honorable Richard Lee, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of California, entered the ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN BANKRUPTCY

ESTATE OF DEBTOR AND GALLO GLASS COMPANY in Case No. 08-15050-B-7, a copy of which is attached as Exhibit 1.

NOW, THEREFORE, James E. Salven, Chapter 7 Trustee for the Bankruptcy Estate of Larry Boecken, Debtor, and Defendant Gallo Glass Company hereby stipulate that this action be dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 30, 2012                         JAMES E. SALVEN


                                            By: _____
                                                James E. Salven
                                                Chapter 7 Trustee
                                                For the Bankruptcy Estate of
                                                LARRY BOECKEN, Debtor
                                                And Plaintiff

Dated: May 30, 2012                         PAUL HASTINGS LLP


                                            By: /s/ Nancy L. Abell
                                                _____
                                                Nancy L. Abell
                                                Counsel for Defendant
                                                Gallo Glass Company

**<u>ORDER</u>**

IT IS HEREBY ORDERED, ADJUDGED AND DEGREED THAT, in accordance with the May 29, 2012 ORDER APPROVING COMPROMISE OF CONTROVERSY BETWEEN BANKRUPTCY ESTATE OF DEBTOR AND GALLO GLASS COMPANY, entered by the United States Bankruptcy Court for the Eastern District of California, in Case No. 08-15050-B-7, the Bankruptcy Estate of Larry Boecken, Debtor, and the stipulation of the real parties in interest, this action is hereby dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

This Court VACATES all pending dates and matters, including the June 21, 2012 hearing on the motion for leave to file summary judgment motion. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **May 31, 2012**                                /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE